■■■ GRAYBAR ELECTRIC COMPANY, INC., Appellant, v ENERGY EAST MANAGEMENT CORPORATION et al., Respondents. (Appeal No. 1.) [834 NYS2d 916]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered October 27, 2005. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court. We note, however, that on the record before us the agreement at issue had not been terminated by either party pursuant to paragraph 5.1 of the agreement. Present—Hurlbutt, J.P., Gorski, Fahey, Peradotto and Green, JJ.

■■■ GRAYBAR ELECTRIC COMPANY, INC., Appellant, v ENERGY EAST MANAGEMENT CORPORATION et al., Respondents. (Appeal No. 2.) [834 NYS2d 916]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered January 13, 2006. The order denied plaintiff's motion for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Hurlbutt, J.P., Gorski, Fahey, Peradotto and Green, JJ.

■■■ MAUREEN T. AWAD, Individually and as Administratrix of the Estate of ALFRED J. AWAD, JR., Deceased, Appellant, v COUNTY OF ONONDAGA, Respondent. [834 NYS2d 918]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered February 3, 2006 in a wrongful death and personal injury action. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Gorski, Fahey, Peradotto and Green, JJ.